USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DON-ALAN McLAUGHLIN,

Plaintiff,

-against-

OFFICER HOWARD ALEXANDER, et al.,

Defendants.

7:26-CV-5034 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff Don-Alan McLaughlin, who is appearing *pro se*, brings this action asserting claims under 42 U.S.C. §§ 1983 and 1985, 5 U.S.C. § 552a(g), and state law, seeking damages, declaratory relief, and injunctive relief. Plaintiff names the following as Defendants: (1) White Plains (“WP”) Police Chief Joseph Castelli, sued in his official capacity; (2) WP Police Officer Madeline Cano, sued in her individual and official capacities; (3) WP Police Officer Howard Alexander, sued in his individual and official capacities; (4) WP Police Officer Joseph Maniscalco, sued in his individual and official capacities; (5) WP Police Officer Sierra Vitolo, sued in her individual and official capacities; (6) WP Parking Enforcement Officer Dylan Hernandez, sued in his individual and official capacities; (7) WP Parking Enforcement Officer Vivar, sued in his individual and official capacities; (8) WP Parking Enforcement Supervisory Officer Lindsay Valente, sued in her individual and official capacities; (9) WP Department of Public Safety (“WPDPS”) Watch Commander Police Lieutenant Tallevi, sued in his individual and official capacities; (10) the City of White Plains; (11) unidentified “John Doe” and “Jane Doe” WPDPS members, sued in their individual and official capacities; (12) an unidentified “John Doe” employee of RJT Motorist Services, Inc. (“RJT”), sued in his individual capacity; (13) RJT; (14) former WPDPS Commissioner David Chong; (15) WPDPS Commissioner Wade

Hardy; (16) WP Mayor Justin Brasch; and (17) unidentified and unspecified "John Doe" and "Jane Doe" Defendants.

By order dated June 17, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, leave to proceed without prepayment of fees. The Court directs service on the identified Defendants. The Court also directs the Corporation Counsel of the City of White Plains and counsel for RJT to provide to Plaintiff and the Court the full identities, service addresses, and, if appropriate, badge numbers of the unidentified individual WPDPS "John Doe" and "Jane Doe" Defendants and of the unidentified individual RJT "John Doe" employee Defendant.

## DISCUSSION

### A. Service on the identified Defendants

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service on the identified Defendants.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP]

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that the summonses and the complaint be served within 90 days of the date that the complaint is filed, Plaintiff is proceeding IFP and could not have served the summonses and the amended complaint until the Court reviewed the amended complaint and ordered that summonses be issued for the identified Defendants. The Court therefore extends the time to serve the amended complaint on the identified Defendants until 90 days after the date that summonses are issued for the identified Defendants. If the amended complaint is not served on the identified Defendants within 90 days from the date that summonses for those Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the identified Defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each identified Defendant. The Clerk of Court is further instructed to issue summonses for the identified Defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of summonses and the amended complaint on the identified Defendants.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

**B. Unidentified Defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant and ascertaining that defendant's service address. 121 F.3d 72, 76 (2d Cir. 1997). In the amended complaint, Plaintiff supplies sufficient information to permit the WPDPS and RJT to identify the unidentified individual WPDPS and RJT Defendants. They are those members of the WPDPS, and any employee of RJT, along with at least some of the identified individual WPDPS Defendants, who, on June 27, 2024, in the City of White Plains, assisted in the arrest of Plaintiff and/or the seizure of his vehicle. It is therefore ordered that the Corporation Counsel of the City of White Plains, who is the attorney for and agent of the WPDPS, and counsel for RJT, must ascertain the identity, service address, and, if appropriate, badge number of each abovementioned unidentified individual Defendants who Plaintiff seeks to sue in this action. The Corporation Counsel and counsel for RJT must provide this information to Plaintiff and the Court within 60 days of the date of this order.

Within 30 days of receiving this information, Plaintiff must file a second amended complaint naming the newly-identified Defendants and providing their service addresses and, if appropriate, their badge numbers. The second amended complaint will replace, not supplement, the original complaint and amended complaint. A second amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed a second amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly-named Defendants.

### C. City Bar Justice Center

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves with civil cases filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if he has questions about the form, he may call (212) 382-4794. A flyer with details is attached.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to issue summonses for all the identified Defendants (Castelli, Cano, Alexander, Maniscalco, Vitolo, Hernandez, Vivar, Valente, Tallevi, the City of White Plains, RJT Motorists Services, Inc., Chong, Hardy, and Brasch), complete the USM-285 forms with the address for each of these Defendants, and deliver all documents necessary to effect service of a summons and the amended complaint (ECF 5) on each of these Defendants to the USMS.

[2] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

The Court further directs the Clerk of Court to mail a copy of this order to the following addresses: (1) Corporation Counsel of the City of White Plains, 255 Main Street, White Plains, New York 10601; and (2) RJT Motorists Services, Inc., 101 Westmoreland Avenue, White Plains, New York 10606.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[3]

The Court also directs the Clerk of Court to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 9, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

[3] If Plaintiff consents to receive documents by email, he will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Deputy Commissioner Chief Jospeh Castelli
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

2. Police Officer Madeline Cano
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

3. Police Officer Howard Alexander
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

4. Police Officer Joseph Maniscalco
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

5. Police Officer Sierra Vitolo
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

6. Parking Enforcement Officer Dylan Hernandez
White Plains Department of Parking
255 Main Street
White Plains, New York 10601

7. Parking Enforcement Officer Vivar
White Plains Department of Parking
255 Main Street
White Plains, New York 10601

8. Parking Enforcement Supervisory Officer Lindsay Valente
White Plains Department of Parking
255 Main Street
White Plains, New York 10601

9. Police Lieutenant Tallevi
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

10. The City of White Plains
Law Department
255 Main Street
White Plains, New York 10601

11. RJT Motorist Services, Inc.
101 Westmoreland Avenue
White Plains, New York 10606

12. Former Commissioner David Chong
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

13. Commissioner Wade Hardy
White Plains Department of Public Safety
77 South Lexington Avenue
White Plains, New York 10601

14. Mayor Justin Brasch
City of White Plains Law Department
255 Main Street
White Plains, New York 10601

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "**SDNY**" and then click "**APPLY FOR HELP**" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "**Federal Court Case**" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794,** leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_______________________________________

_______________________________________
Write the full name of each plaintiff.

_____CV_______________
(Include case number if one has been assigned)

-against-

**SECOND AMENDED COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

_______________________________________

_______________________________________

_______________________________________

_______________________________________
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ____________________________________, is a citizen of the State of
(Plaintiff's name)

__________________________________________

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

____________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ____________________________________, is a citizen of the State of
(Defendant's name)

__________________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__________________________________________________.

If the defendant is a corporation:

The defendant, ______________________________, is incorporated under the laws of

the State of ________________________________________

and has its principal place of business in the State of ______________________________

or is incorporated under the laws of (foreign state) ________________________________

and has its principal place of business in ______________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

____________________________________________________________________________

First Name Middle Initial Last Name

____________________________________________________________________________

Street Address

____________________________________________________________________________

County, City State Zip Code

________________________________ ________________________________________

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ________________________________________

First Name Last Name

________________________________________

Current Job Title (or other identifying information)

________________________________________

Current Work Address (or other address where defendant may be served)

________________________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ________________________________________

Date(s) of occurrence: ________________________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

______________________________________________

______________________________________________

Name (Last, First, MI)

Address | City | State | Zip Code

Telephone Number | E-mail Address

Date | Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007